IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CR0526 RLW ) ) |
| JHERRICA DIXON | ) |
| Defendant. | ) |

**MOTION TO CONTINUE SENTENCING HEARING**

Comes now Defendant, Jherrica Dixon, through her attorney, Bevy Beimdiek, Assistant Federal Public Defender, and requests this Court continue the sentencing hearing in this case. In support thereof, Defendant states the following:

1. This matter is set for sentencing on October 16, 2019.

2. Counsel for defendant needs additional time to gather records and information for use at the sentencing hearing.

3. A continuance in this matter is in the interest of justice as it allows a reasonable time for counsel to be properly prepared pursuant to 18 U.S.C. §3161.

4. Defense counsel has discussed this request with Assistant United States Attorney, Tom Rea, and he has no objection to this request.

5. Defendant requests the sentencing hearing in this matter be continued for six months or to a date convenient for this Court.

WHEREFORE, defendant requests this Court grant his request to continue the sentencing in this matter for six months or to a date convenient for this Court.

Respectfully submitted,

/s/ *Bevy A. Beimdiek*
BEVY A. BEIMDIEK  #33753 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Bevy_Beimdiek@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Tom Rea, Assistant United States Attorney.

/s/ *Bevy A. Beimdiek*
BEVY A. BEIMDIEK
Assistant Federal Public Defender